

**FILED**
DEC 24 2015
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re
Elena Hernandez Vargas,
      Debtor(s).

Bankruptcy Case No. 15-10839-AJ

Redwood Credit Union,
      Plaintiff,
v.

Elena Hernandez Vargas,

      Defendants.

Adversary Case No. 15-1094

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered as authorized by bankruptcy Rule 7055.

```
Redwood Credit Union
```

Edward J. Emmons
Clerk of the Bankruptcy Court

12/24/2015        By : Wendy Karnes
Date        Deputy Clerk